HORATIO N. GRAY, Respondent, *v.* WILLIAM P. BENSEL et al., Executors, etc., Appellants.

Argued and decided with *Gray* v. *Bensel* (*ante*, page 632).

---

ELIZA E. EHLE, Appellant, *v.* THE TRUSTEES OF THE VILLAGE OF CANAJOHARIE, Respondents.

(Submitted June 8, 1875 ; decided June 22, 1875.)

*Eliza E. Ehle,* appellant, in person.

*H. Dunckel* for the respondents.

Agree to dismiss appeal. No opinion.
All concur ; MILLER, J., not sitting.
Appeal dismissed.